No. 86–6296. LAMBERT *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF

LABOR. C. A. 6th Cir. Certiorari denied. 